JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV-10-1863-JST (MLGx)     Date: January 5, 2011
Title: *John F. Gustafson v. Indymac Mortgage Servicing, et al.*

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                       Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO THE ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2010 00426024**

      On December 27, 2010, the Court ordered Defendant to show cause as to why the Court should not remand the case for lack of subject matter jurisdiction (Doc. 12). The Order directed Defendant to submit a written response no later than January 3, 2011, and warned that the Court would immediately remand the action if Defendant failed to timely respond. Defendant has failed to file a written response, therefore, the Court REMANDS this action to the Orange County Superior Court.

                                                                       Initials of Preparer: <u>enm</u>